**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**


UNITED STATES OF AMERICA,

     Plaintiff,                  CASE NO:  09-20023-03

*v.*                             DISTRICT JUDGE THOMAS L. LUDINGTON
                                MAGISTRATE JUDGE CHARLES E. BINDER

DERRICK JAMES MOORE,

     Defendant.

_____/


**MAGISTRATE JUDGE'S REPORT, FINDINGS AND**
**RECOMMENDATION CONCERNING PLEA OF GUILTY**


**I.**    **REPORT AND FINDINGS**

On August 24, 2009, the case was referred to the undersigned Magistrate Judge pursuant

to 28 U.S.C. §§ 636(b)(1(B) and 636(b)(3) for purposes of receiving, on consent of the parties,

Defendant's offer of a plea of guilty.  The Defendant, along with counsel, appeared before me

on August 24, 2009.  In open court I examined the Defendant under oath, confirmed the

Defendant's consent, and then advised and questioned the Defendant regarding each of the

inquiries prescribed by Rule 11(b) of the FEDERAL RULES OF CRIMINAL PROCEDURE.   Based

upon the Defendant's answers and demeanor, **I HEREBY FIND** 1) that the Defendant is

competent to tender a plea,  2) that Defendant's plea was knowingly, intelligently made, and 3)

that the offense(s) to which he pled are supported by an independent basis in fact containing

each of the essential elements of the offense.  Therefore, I have ordered the preparation of a

presentence investigation report.

## II.    RECOMMENDATION

For the reasons set forth above, **IT IS RECOMMENDED** that subject to the Court's consideration of the plea agreement pursuant to Rule 11(c) of the FEDERAL RULES OF CRIMINAL PROCEDURE, the Defendant be adjudged guilty and have sentence imposed.


## III.    REVIEW

The parties to this action may object to and seek review of this Report and Recommendation within ten (10) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed.2d 435 (1985); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596 (6th Cir. 2006); *United States v. Sullivan,* 431 F.3d 976, 984 (6th Cir. 2005). The parties are advised that making some objections, but failing to raise others, will not preserve all the objections a party may have to this Report and Recommendation. *McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co.,* 454 F.3d at 596-97. Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.


                                        s/ Charles E Binder
                                        CHARLES E. BINDER
Dated: August 25, 2009                  United States Magistrate Judge


## CERTIFICATION

I hereby certify that this Report and Recommendation was electronically filed this date, electronically served on Janet Parker and Robert Betts, served on the Probation Department by other electronic means, and served on District Judge Ludington in the traditional manner.

Date: August 25, 2009           By      s/Jean L. Broucek
                                Case Manager to Magistrate Judge Binder